Brian E. Soriano (SBN 183865)
GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP
1388 Sutter Street, Suite 1000
San Francisco, CA  94109-5494
Telephone:  (415) 673-5600
Facsimile:  (415) 673-5606

Attorneys for Plaintiff
JENNIFER WILSON, an Individual and as
Trustee of the JENNIFER WILSON LIVING TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA-OAKLAND

| | |
|---|---|
| JENNIFER WILSON, an individual and as Trustee of the JENNIFER WILSON LIVING TRUST,<br><br>Plaintiff,<br>v.<br>THE WEALTH CONSERVANCY, INC. and DOES 1-20, inclusive,<br><br>Defendants. | Case No. CIV 071076 CW<br><br>REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE §§ 58(d), 5(b) AND CCP§ 998 AND [PROPOSED] NOTICE OF ENTRY OF JUDGMENT<br><br>Courtroom 2<br>Honorable Claudia Wilken<br><br>Summary Judgment Hearing: November 1, 2007<br>Trial Date: February 19, 2008 |

**NOTICE TO ALL PARTIES AND THEIR ATTORNEYS:**

Plaintiff JENNIFER WILSON, an individual and as Trustee of the JENNIFER WILSON LIVING TRUST hereby requests the Court enter judgment against Defendant THE WEALTH CONSERVANCY, INC. in the sum of $30,000.00 in accordance with the terms of the Plaintiffs Section 998 offer to compromise, accepted by Defendant on October 13, 2007 and filed with the United States District Court on October 15, 2007.

///

///

1.

37045B.DOC  5967-00                                    Case No. CIV 07 1076 CW
Request for Entry of Judgment and [Proposed] Order

///

The parties have agreed Defendant, THE WEALTH CONSERVANCY, INC. will provide payment in the sum of $30,000.00 to Plaintiff in exchange for a general release of all claims and a dismissal of the entire action with prejudice. It is further agreed each side is to bear its own attorneys' fees and costs.

DATED:  October 30, 2007

GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP

_____
Brian E. Soriano
Attorneys for Plaintiff
JENNIFER WILSON, an individual and as Trustee of the JENNIFER WILSON LIVING TRUST

**APPROVED AS TO FORM**

_____
David M. Zeff
Attorney for defendant THE WEALTH CONSERVANCY, INC.

## NOTICE OF ENTRY OF JUDGMENT

Having reviewed the agreement between the parties pursuant to California Code of Civil Procedure Section 998, **IT IS HEREBY ORDERED.** Judgment is hereby entered against Defendant, THE WEALTH CONSERVANCY, INC. in the sum of $30,000.00. Defendant is ordered to provide payment to Plaintiff, JENNIFER WILSON, an individual and as Trustee of the JENNIFER WILSON LIVING TRUST immediately.   Each party shall bear its own costs.

Dated: 11/28/07

By: *[signature]*
HONORABLE CLAUDIA WILKEN
United States District Judge